No. 73–6348.  JERROLD v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–6358.  GUTIERREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6375.  WEST v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 73–6435.  GANOS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–6458.  MACIAS-GONZALEZ ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 73–6462.  ADAMS v. NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 73–6463.  COOK v. SAXBE, ATTORNEY GENERAL. C. A. 5th Cir.  Certiorari denied.

No. 73–6466.  CARTER v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–6467.  GOODWIN v. IOWA.  Sup. Ct. Iowa. Certiorari denied.

No. 73–6488.  ROGERS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–6490.  PATTERSON v. UNITED STATES; and
No. 73–6594.  LANE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  Reported below: 492 F. 2d 995.

No. 73–6492.  FULFORD v. LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 73–6501.  SMITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.